SUSAN F. BOWEN, DEFENDANT IN ERROR, v. ISAAC M. SCHACKTER, PLAINTIFF IN ERROR.

Submitted June 22, 1906—Decided January 2, 1907.

On error to the Supreme Court.

For the plaintiff in error, *William H. Speer.*

For the defendant in error, *Walter L. McDermott.*

PER CURIAM.

For the reasons given in the opinion of Mr. Justice Swayze, in the Supreme Court, reported in 43 *Vroom* 441, the judgment brought up by this writ of error is affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, FORT, GARRETSON, HENDRICKSON, PITNEY, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL.    14.

*For reversal*—None.